IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Thera Hamilton,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.** ) | **2:14-cv-02008-AKK** |
| ) | |
| **Midland Funding, LLC; Midland** ) | |
| **Credit Management, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

**EVIDENTIARY MATERIALS SUBMITTED IN SUPPORT OF
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

| <u>No.</u> | <u>Description</u> |
|---|---|
| 1 | Deposition of Plaintiff Thera Hamilton |
| 2 | Declaration of Xenia Murphy |
| 3 | Chase Bank Account Statements |
| 4 | Affidavit of Tanya Johnson |
| 5 | Deposition of Xenia Murphy Volume 1 |
| 6 | Deposition of Xenia Murphy Volume II |
| 7 | Affidavit of Charles E. Byrom |
| 8 | Answer to Collection Complaint |
| 9 | ▮▮▮▮▮▮ |
| 10 | Judgment on Trial for Defendant |

1468136.1

11...... ....................................................Hamilton's Equifax Credit Report

12...... ....................................................Hamilton's TransUnion Credit Report

                                                                      */s/ Jason B. Tompkins*
                                                                      One of the Attorneys for Defendants

**OF COUNSEL:**

Jason B. Tompkins
Thomas R. DeBray, Jr.
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 8th day of August, 2016:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

      I also hereby certify that I filed under seal a non-redacted version of the foregoing with the Clerk of the Court and that service of the same will be perfected upon the following via hand-delivery, this the 8th day of August, 2016:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

                                                                      */s/ Jason B. Tompkins*
                                                                       Of Counsel