FILED
2016 Aug-08  PM 08:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **Thera Hamilton,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:14-CV-02008-AKK** |
| **Midland Funding, LLC; Midland** ) | |
| **Credit Management, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF XENIA MURPHY

1.      My name is Xenia Murphy. I am a Rhode Island resident and am over the age of twenty-one (21) years. I am employed by Midland Credit Management, Inc. ("MCM") as the Director of Legal Outsourcing. I am familiar with the facts and circumstances surrounding the above-captioned action.

2.      This declaration is based on my own personal knowledge of the matters set forth herein, or based upon my review of the business records of MCM, which were made by, or from information transmitted by, a person with knowledge, at or near the time of the event described, and which are kept in the ordinary course and pursuant to the regular business activity of MCM. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

3. Effective July 26, 2011, MCM's affiliate, Midland Funding, LLC ("Midland Funding") (MCM and Midland Funding are referred to herein collectively as "Midland"), purchased a pool of charged-off accounts from Chase Bank USA, N.A. ("Chase Bank"). Plaintiff Thera Hamilton's ("Hamilton") Chase Bank account was included in that purchase. Attached as "Attachment 1" is a copy of the Bill of Sale between Chase Bank and Midland Funding, reflecting Midland Funding's purchase of accounts, including Hamilton's account, from Chase Bank. Attached as "Attachment 2" is a copy of the Affidavit of Sale of Account by Original Creditor executed by an "Authorized Representative" of Chase Bank, which concerns Midland Funding's purchase of accounts, including Hamilton's account, from Chase Bank. Chase Bank provided this Bill of Sale and Affidavit of Sale of Account by Original Creditor to Midland Funding.

4. Via the aforementioned Bill of Sale, Chase Bank assigned all of its rights, title, and interest in those accounts described in Chase Bank's Final Data File, which included Hamilton's account, to Midland Funding. This Final Data File, which was transferred to Midland Funding, contained Chase Bank's electronic records and other records on the individual accounts purchased by Midland Funding (including Hamilton's account). Attached as "Attachment 3" is a copy of Midland's Field Data sheet regarding Hamilton's Chase Bank account. The data found within this Field Data sheet was extracted by MCM from the

electronic records regarding Hamilton's account contained in the Final Data File provided by Chase Bank. The Field Data sheet truly and accurately reflects the account-level data for Hamilton's account transferred by Chase Bank. The Field Data sheet is a business record of MCM, and was made by, or from information transmitted by, a person with knowledge of the events described therein, at or near the time of the date on which Midland Funding purchased Hamilton's Chase Bank account, and is kept in the ordinary course of the regularly conducted business activity of such person and MCM, and for which it is the regular practice of that business activity to make the record.

5.      Pursuant to the aforementioned Bill of Sale, Chase Bank sold, assigned, and transferred to Midland Funding all of Chase Bank's rights, title, and interest in Hamilton's Chase Bank account. Since July 26, 2011, Midland Funding has owned all rights, title, and interest in Hamilton's Chase Bank account.

6.      Attached as "Attachment 4" is a copy of the eighteen monthly Chase Bank account statements for Hamilton's account, which were among the aforementioned records transferred by Chase Bank to Midland pursuant to the aforementioned Bill of Sale.

7.      Prior to purchasing the pool of charged-off accounts from Chase Bank, MCM conducted a multi-step due diligence process so as to, among other things, validate the obligations of the accounts being purchased in order to attempt

to collect on the accounts. MCM encountered no issue during this due diligence process that would have cast doubt on the validity of Hamilton's account.

8.     Midland attempted to call Hamilton one time in regards to her Chase Bank account purchased by Midland Funding; however, no conversation took place. Midland also sent letters to Hamilton regarding her Chase Bank account.

9.     Other than Hamilton, Chase Bank, Holloway and Moxley, LLP (Midland's retained outside collection law firm), the Small Claims Court of Jefferson County, Alabama, and the consumer reporting agencies, Midland did not communicate or otherwise contact any person or entity regarding Hamilton and her Chase Bank account.

10.    MCM furnishes information about accounts to consumer reporting agencies on a periodic basis. On June 10, 2014 (*i.e.*, the next reporting cycle following the entry of the Small Claims Court's judgment order in the collection action), MCM requested deletion of the tradeline for Hamilton's Chase Bank account (*i.e.*, Midland did not report on Hamilton's Chase Bank account after the Small Claims Court's judgment order was entered).

11.    Midland never received notice of any kind indicating that Hamilton had disputed her Chase Bank account with any of the consumer reporting agencies.

12.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge.

Executed on this the 8th day of August, 2016.

/s/ Xenia Murphy
Xenia Murphy
Director of Legal Outsourcing,
Midland Credit Management, Inc.

# ATTACHMENT 1



BILL OF SALE

Closing Date: <u>07/26/2011</u>

Chase Bank USA, N.A. ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated <u>11/30/2010</u> between Chase Bank USA, N.A. and <u>Midland Funding, LLC</u> ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of <u>07/21/2011</u> all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Final Data File, entitled (Account's Primary File Name) attached hereto and made part hereof for all purposes.

<div align="center">Redacted</div>

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on (the "Closing Date") <u>07/26/2011</u> by 2:00 p.m. Seller's time, as follows:

<div align="center">Redacted</div>

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

With respect to account information for the Accounts listed in the Final Data File, Seller represents and warrants to Purchaser that (i) the Account information is complete and accurate; (ii) the Account information constitutes Seller's own business records and accurately reflects in all material respects the information in Seller's database; (iii) the Account information was kept in the regular course of business; (iv) the Account information was made at or near the time by, or from information transmitted by, a person with knowledge of the data entered into and maintained in the Seller's database; and (v) it is the regular practice of Seller's business to maintain and compile such data.

Chase Bank USA, N.A.

By: _____

Jeffrey Judd

Date: <u>07/21/2011</u>

Title: Team Leader

Midland Funding, LLC

By: _____

Date: _____

Title _____

**Approved by Legal**

Midland_Hamilton 000001

**CHASE** ⬡

**CLOSING STATEMENT**

AGREEMENT DATE:          11/30/2010

SELLER:                  CHASE BANK USA, NATIONAL ASSOCIATION

PURCHASER:               MIDLAND FUNDING, LLC

FILE NUMBER:

NUMBER OF ACCOUNTS:

TOTAL UNPAID BALANCE:                        Redacted
PURCHASE PRICE
PERCENTAGE:

PURCHASE PRICE:

FILE CREATION DATE:      07/21/2011

CLOSING DATE:            07/26/2011

WIRING INSTRUCTIONS:                         Redacted

# ATTACHMENT 2

AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR

State of Delaware, County of New Castle.

Chiahui Mixon being duly sworn, deposes and says:

I am over 18 and not a party to this action. I am authorized by Chase Bank USA, N.A. ("Chase") to execute this affidavit. In my position, I am aware of the process of the sale and assignment of electronically stored business records.

On or about 7/21/2011, Chase Bank USA, N.A. sold a pool of charged-off accounts (the "Accounts") to Midland Funding, LLC ("Buyer") under a Purchase and Sale Agreement and a Bill of Sale between Buyer and Chase. As part of such sale, electronic records and other records on individual accounts included in the Accounts were transferred to Buyer. These records were kept in the ordinary course of business of Chase.

I am not aware of any errors in the Accounts. The above statements are true to the best of my knowledge.

Signed this 25th day of August, 2011.

_____
Chiahui Mixon
Authorized Representative

Sworn before me this 25th day of August, 2011.

_____
Kathryn Livingston

(Notary Stamp)

KATHRYN M. LIVINGSTON
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES JAN. 14, 2013

v. NY_AOS_2011.7

Midland_Hamilton 000003

**CERTIFICATE OF CONFORMITY**

STATE OF DELAWARE          )
                           ) ss.:
COUNTY OF NEW CASTLE       )

The undersigned does hereby certify that he is an attorney at law duly admitted to practice in the State of Delaware; that he is a person duly qualified to make this certificate of conformity pursuant to CPLR §2309(c) of the State of New York; that he is fully acquainted with the laws of the State of Delaware; that the foregoing acknowledgment of Chiahui Mixon named in the foregoing affidavit taken before _Kathryn Livingston_, a notary public, was taken in the manner prescribed by such laws of the State of Delaware, being the state in which it was taken; and that it duly conforms with such laws and is in all respects valid and effective in such state.

Witness my signature this _25th_ day of _August_____, 201_6_.

_____
John C. Simons

# ATTACHMENT 3

| Field | Field Data |
|---|---|
| Last Name | HAMILTON |
| First Name | THERA |
| Sec Last Name | |
| Sec First Name | |
| Account Number | ███████7207 |
| Sale Amount | 2960.1 |
| Contract Date | 20050206 |
| Address 1 | ████████████████ |
| Address 2 | |
| City | TUSKEGEE |
| State | AL |
| Zip Code | ████████ |
| Home Phone | |
| Work Phone | |
| SSN | *****3927 |
| Charge Off Date | 20091231 |
| Last Payment Date | 20090412 |
| LPmt Amt | 368.75 |
| COBal | 2960.1001 |

Data printed by Midland Credit Management, Inc. from electronic records provided by CHASE BANK USA, N.A. pursuant to the Bill of Sale / Assignment of Accounts dated 7/26/2011 in connection with the sale of accounts from CHASE BANK USA, N.A. to Midland Funding LLC.

# ATTACHMENT 4

**Statement** for account number: ████ 3207

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,691.90 | 08/03/2008 | $0.00 | $75.00 |

**CHASE** ◯

Amount Enclosed  $ _____   Make your check payable to Chase.
New address or phone number? Print on back.

Purchase Total Protection℠
Debt Cancellation today.
Call toll-free1-800-503-9053

1,820000002173207000075000026617000000001

409HAMXXX070008 D
THERA D HAMILTON
NEW ORLEANS LA ████

CHASE CARDMEMBER SERVICE
PO BOX 94011
PALATINE IL 60094-4011



| | Opening/Closing Date: | 06/10/08 - 07/09/08 |
|---|---|---|
| | Payment Due Date: | 08/03/2008 |
| | Minimum Payment Due: | $75.00 |

**CUSTOMER SERVICE**
In U.S.        1-800-477-6761
Español     1-800-477-6761
TDD         1-800-526-1140
Pay by phone 1-800-477-6761

**ACCOUNT INQUIRIES**

**ACCOUNT SUMMARY**          Account Number ████ 3207

| Previous Balance | $2,784.07 | Credit Line | $3,000 |
|---|---|---|---|
| Payments, Credits | -$150.00 | Available Credit | $339 |
| Finance Charges | +$47.83 | | |
| New Balance | $2,691.90 | | |

P.O. Box 15078
Wilmington, DE 19885-5078

**PAYMENT ADDRESS**
PO Box 94011
Palatine, IL 60094-4011

**VISIT US AT:**
www.cardacccountservice.com
/circuitcity

In order to provide you excellent service and security, the Circuit City credit card online
management website will be upgraded with enhanced features. Beginning on July 28th, 2008,
please go to www.chase.com/circuitcity to access your account and experience your new and
improved online account management and servicing website.

**REWARDS POINTS SUMMARY**

| | |
|---|---|
| Your Circuit City Rewards ID Number | 70030488322 |
| Rewards Points you have earned through 07/09/2008 | 3297 |
| Rewards Points expired | 000941 |
| Total Rewards Points available for redemption | 2356 |
| Rewards Points pending in your account | 0 |

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City. For every 500 points you earn, you'll receive a
$5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

**TRANSACTIONS**

| Trans. Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 07/07 | 7152300618001000000011 | ONLINE PMT RCVD-THANK YOU | $150.00 | |
| 07/09 | | PURCHASE *FINANCE CHARGE* | | 47.83 |

**FINANCE CHARGE SUMMARY**

| Balance Type | Average Daily Balance | Daily Periodic Rate 30 Days in Cycle | Corresponding Annual Percentage Rate | PERIODIC FINANCE CHARGE |
|---|---|---|---|---|
| Purchases A | $2,772.22 | 0.06781% | 20.99% | $47.83 |

**Effective Annual Percentage Rate (APR):**    20.67%

Please see Explanation of Finance Charge section for balance computation method, grace period, and other important information.

The Corresponding Annual Percentage Rate is the rate of interest you pay when you carry a balance on any balance type.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X     F4233327 C 1  000               N  Z  08  080708   Page 1 of 1  Cl3        001 04 001        40914  16150080010004851401

Midland_Hamilton 000087

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

Midland_Hamilton 000088

Statement for account number: ▓▓▓▓ 3207

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,678.65 | 08/03/08 | $0.00 | $109.00 |

**CHASE**

$ _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

1620000024732070001090002679650000002

10872 MXX2 2235 D
THEDA D HAMILTON
NEW ORLEANS LA ▓▓▓▓

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL  60094-4012

⑆5000⑆160⑈28⑉ ⑈38000⑈21732074⑈

| | | | |
|---|---|---|---|
| | Opening/Closing Date: | 07/10/08 - 08/08/08 | CUSTOMER SERVICE |
| | Payment Due Date: | 08/03/08 | In U.S.    1-800-477-6761 |
| | Minimum Payment Due: | $109.00 | Español    1-800-477-6760 |
| | | | TDD        1-800-955-8060 |
| | | | Pay by phone 1-800-477-6791 |
| | | | Outside U.S. call collect |
| | | | 1-770-792-4280 |

**ACCOUNT SUMMARY**            Account Number ▓▓▓▓ 3207

| Previous Balance | $2,661.90 | Total Credit Line | $3,000 |
| Payment, Credits | –$75.00 | Available Credit | $320 |
| Purchases, Cash, Debits | +$44.95 | |
| Finance Charges | +$47.60 | |
| New Balance | $2,678.65 | |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94012
Palatine, IL  60094-4012

VISIT US AT:
www.chase.com/circuitcity

**CIRCUIT CITY REWARDS SUMMARY**

| | |
|---|---|
| Previous points balance | 2,358 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,358 |
| 731 to expire on statement date in MARCH 2009 | |

Redeem your reward points today and use your Rewards Certificates towards
your next purchase at Circuit City.  For every 500 points you earn, you'll receive a
$5 Rewards Certificate.  Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 08/04 | | LATE FEE | | $35.00 |
| 08/05 | 7218216250000267327785T7 | Payment - Thank You | 75.00 | |
| 08/05 | 7426685216348773277657T4 | EPAY FEE | | 9.95 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .05751% | 20.99% | $2,661.27 | $47.60 | $0.00 | $0.00 | $47.60 |
| Total finance charges | | | | | | | $47.60 |

Effective Annual Percentage Rate (APR):   20.93%

Please see Information About Your Account section for balance computation method, grace period, and other important information.
The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Make going back to school fun with cool electronics from
Circuit City. Get the latest in notebook computers and
accessories, music, games, movies and more! Let Circuit City
be your solution for back to school with the hottest
electronics at prices you will love.

**This Statement is a Facsimile - Not an original**

Midland_Hamilton 000089

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ________ ______

Home Phone: ____ ______ ______

Work Phone: ____ ______ ______

E-mail Address: ______________________

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. **Notice About Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA030708

**Statement** for account number █████ 3207

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,762.96 | 10/04/08 | $109.00 | $219.00 |

**CHASE** ◯

$ _____

Make your check payable to:
Cardmember Services.
Please write account enclosed.
New address or e-mail?  Print on back.

1A2000000021732070000219000027629600000003

57528 EDXX25506 D
THERA D HAMILTON
NEW ORLEANS LA ████

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL  60094-4012

⑆5000160284⑆ 138000217320744⑈

| | Opening/Closing Date: | 08/10/08 - 09/09/08 |
|---|---|---|
| | Payment Due Date: | 10/04/08 |
| | Minimum Payment Due: | $219.00 |

CUSTOMER SERVICE
In U.S.          1-800-477-6781
Español         1-800-477-6781
TDD             1-800-955-8060
Pay by phone 1-800-477-6781
Outside U.S. call collect
                1-770-792-4280

**ACCOUNT SUMMARY**   Account Number: █████ 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,679.65 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $237 |
| Finance Charges | +$48.31 | | |
| New Balance | $2,762.96 | | |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94012
Palatine, IL  60094-4012

VISIT US AT:
www.chase.com/circuitcity

**CIRCUIT CITY REWARDS SUMMARY**

| | |
|---|---|
| Previous points balance | 2,358 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,358 |

731 to expire on statement date in MARCH 2009

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City.  For every 500 points you earn, you'll receive a
$5 Rewards Certificate.  Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 09/04 | | LATE FEE | | $35.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .05751% | 20.99% | $2,709.88 | $48.31 | $0.00 | $0.00 | $48.31 |
| Total finance charges | | | | | | | $48.31 |

Effective Annual Percentage Rate (APR):   20.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charge - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

000E301 F933337 D 11        000  N  Z  09    050509        Page 1 of 1        0842   NA NA 27025   23S1004913000072301
X 0363

Midland_Hamilton 000091

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

**Information About Your Account**

Lost or Stolen Cards: Please report your lost or stolen card immediately by calling the Customer Service number located on the front of your statement. Advances are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

Crediting of Payments: For payments by regular U.S. mail, send to the address indicated on payment due to our post office box designated for payments allotted on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with your address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 31 by 5:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If your do not follow our payment instructions or if your payment is not received by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing fees disclosed for those payments.

Amount Information Reported to Credit Bureaus: We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Customer Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

Conditional Payments: Any payment sent short or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 10043, Wilmington, DE 19850-0083. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not crediting it or destroying it. No other payments that you make should be sent to the appropriate payment address.

Annual Renewal Notice: If your account has an annual fee, it will be billed each year in its monthly installments, unless the terms of your card account and may agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. The amount of the annual fee does not affect our rights to close your account and to limit your rights to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

Explanation of Finance Charges: We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/purchases/cash advance and cash advance checks ("Check Transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "X" next to a periodic rate on this statement, that rate may vary, and the rate and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make adjustments. If the transaction date is the beginning of the billing cycle is the billing cycle in which you are paid by your account, or a later date of your choice (except that check transactions are added as of the date specified by the payee or a later date of your choice), then you add each of these to the daily balance as of the applicable transaction date, the date the payment is your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is applied to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then

add these periodic finance charges to your daily balance to get the beginning balance the the next day. (If your then owe daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies to the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle using a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of those results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for rounding or minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a periodic rate applies, multiply the applicable periodic balance for each feature by the applicable periodic rate, and add the results together. (We total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.)

Since Period (at least 25 days): We assess periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance and add it in full is retained on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the due date and your prior payment for the New Balance on your previous statement by the due date and your prior payment by the date shown on your previous statement. There is no Since Period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Expiring Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Qualifying Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Expiring Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Expiring Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, you must include that that minimum payment by the date and time specified on your statement, even if your New Balance contains only a Qualifying Promotional Financing balance(s).

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing Balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a since period for that balance as each payment includes a portion of this interest owed over the repayment term for that purchase. However, you will have a since period on other purchases as described above.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15290 Wilmington, DE 19850-5290 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, write or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or service.

Midland_Hamilton 000092

**Statement** for account number: 3207

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,600.77 | 11/03/08 | $0.00 | $72.00 |

**CHASE** ◎

$ [           ]
Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000072000260077000006

STANS RICK E 93938 R
NEW ORLEANS LA

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑆5000160281⑆ 138000⑈2173⑈2074⑆

| | | CUSTOMER SERVICE | |
|---|---|---|---|
| Opening/Closing Date: | 09/19/08 - 10/09/08 | In U.S. | 1-800-477-5761 |
| Payment Due Date: | 11/03/08 | Español | 1-800-477-6761 |
| Minimum Payment Due: | $72.00 | TDD | 1-800-955-8060 |
| | | Pay by phone 1-800-477-5761 | |
| | | Outside U.S. call collect | 1-770-792-4280 |

**ACCOUNT SUMMARY**     Account Number [   ] 3207

| | | | | ACCOUNT INQUIRIES |
|---|---|---|---|---|
| Previous Balance | $2,762.98 | Total Credit Line | $3,000 | P.O. Box 15298 |
| Payment, Credits | -$219.00 | Available Credit | $399 | Wilmington, DE 19850-5298 |
| Purchases, Cash, Debits | +$9.95 | | | |
| Finance Charges | +$46.86 | | | PAYMENT ADDRESS |
| New Balance | $2,600.77 | | | P.O. Box 94012 |
| | | | | Palatine, IL 60094-4012 |

VISIT US AT:
www.chase.com/circuitcity

**CIRCUIT CITY REWARDS SUMMARY**

| | |
|---|---|
| *Previous points balance* | 2,356 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,356 |
| 791 to expire on statement date in MARCH 2009 | |

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City. For every 500 points you earn, you'll receive a
$5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 09/30 | 1274274310000058719/0931 | Payment - Thank You | $219.00 | |
| 09/30 | 7428588527434676719/0931 | EPAY FEE | | 9.95 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .05781% | 20.99% | $2,710.25 | $46.86 | $0.00 | $0.00 | $46.86 |
| Total finance charges | | | | | | | $46.86 |

Effective Annual Percentage Rate (APR): 20.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Its Hi Time for Hi Def! Let Circuit City be your one-stop
destination for all your home entertainment needs for
the latest in LCD and Plasma TV. Enjoy our selection,
value as well as professional installation by firedog to
get the most of your TV viewing experience!

**This Statement is a Facsimile - Not an original**

Midland_Hamilton 000093

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________________

State: ____

Zip: ______ ______

Home Phone: ____ ____ ______

Work Phone: ____ ____ ______

E-mail Address: ______________________________

Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. **Notice About Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MAD30708

**Statement** for account number: 3207

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,691.55 | 12/04/08 | $72.00 | $179.00 |

**CHASE** ◯

$ _____   Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

18200000021732070001790000261550000003

49011 SZKX 31408 D
THERA D HAMILTON
NEW ORLEANS LA 70118-5457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

ⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠ

ⅠⅠ5000 160 28Ⅰ  Ⅰ38000 2173 2074Ⅰ



| | |
|---|---|
| Opening/Closing Date: | 10/10/08 - 11/09/08 |
| Payment Due Date: | 12/04/08 |
| Minimum Payment Due: | $179.00 |

CUSTOMER SERVICE
In U.S.         1-800-477-6761
Español        1-800-477-6761
TDD           1-800-955-8060
Pay by phone 1-800-477-6761
Outside U.S. call collect
                1-770-792-4320

**ACCOUNT SUMMARY**          Account Number: 1920 0000 0217 3207

| Previous Balance | $2,600.77 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $310 |
| Finance Charges | +$45.78 | | |
| New Balance | $2,691.55 | | |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94012
Palatine, IL 60094-4012

VISIT US AT:
www.chase.com/circuitcity

**CIRCUIT CITY REWARDS SUMMARY**

| Previous points balance | 2,358 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,358 |
| 731 to expire on statement date in MARCH 2009 | |

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City. For every 500 points you earn, you'll receive a
$5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 11/03 | | LATE FEE | | $35.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .05614% | 20.49% | $2,630.71 | $45.78 | $0.00 | $0.00 | $45.78 |
| Total finance charges | | | | | | | $45.78 |

Effective Annual Percentage Rate (APR):          20.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.
The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

Midland_Hamilton 000095

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ______ ______

Home Phone: ____ ____ ______

Work Phone: ____ ____ ______

E-mail Address: ______________________

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. **Notice About Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA030704

**Statement** for account number: 7 3297

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,650.35 | 01/03/09 | $0.00 | $73.00 |

**CHASE** ⬡

Purchase the optional Total
Protection Debt Cancellation
program today by calling
toll free 1-866-540-0107

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

$ _____

1820000002173207000073000025503500000007

3076E860CZ 34458 D
THERA D HAMILTON
NEW ORLEANS LA 70115-5457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⠇500016028⠇ ⠇3800021732074⠇

| | |
|---|---|
| Opening/Closing Date: | 11/10/08 - 12/09/08 |
| Payment Due Date: | 01/03/09 |
| Minimum Payment Due: | $73.00 |

**CUSTOMER SERVICE**
In U.S. 1-800-477-6781
Español 1-800-477-6781
TDD 1-800-955-8060
Pay by phone 1-800-477-6761
Outside U.S., call collect
1-770-792-4260

## ACCOUNT SUMMARY          Account Number: 3297

| | | | |
|---|---|---|---|
| Previous Balance | $2,691.55 | Total Credit Line | $3,000 |
| Payment, Credits | -$179.00 | Available Credit | $449 |
| Finance Charges | +$47.80 | | |
| New Balance | $2,550.35 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94012
Palatine, IL 60094-4012

**VISIT US AT:**
www.chase.com/creditcity

### CIRCUIT CITY REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 2,356 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,356 |
| 731 to expire on statement date in MARCH 2009 | |

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City. For every 500 points you earn, you'll receive a
$5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 11/20 | 1328328063000050420087I | Payment Thank You Electronic Chk | $179.00 | |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .061624% | 22.49% | $2,585.60 | $47.80 | $0.00 | $0.00 | $47.80 |
| Total finance charges | | | | | | | $47.80 |

**Effective Annual Percentage Rate (APR):**          22.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.
The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Your Circuit City Rewards card, it's not just a one-hit
wonder. Continue to use it and get more no-interest
offers on your next purchase.

**This Statement is a Facsimile - Not an original**

Midland_Hamilton 000097

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ____________________

City: ____________________

State: ____

Zip: ________ ______

Home Phone: ______ ______ ________

Work Phone: ______ ______ ________

E-mail Address: ____________________

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. **Notice About Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA03870F

**Statement for account number:** 3207

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,526.11 | 02/03/09 | $0.00 | $74.00 |

**CHASE** 

Purchase the optional Total
Protection Debt Cancellation
Plan today by calling
toll free 1-866-640-0107

$ _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000074000025261100000009

4884 88X2 808 D
THERA D. HAMILTON
ST
NEW ORLEANS LA

CARDMEMBER SERVICE·
PO BOX 94012
PALATINE IL 60094-4012

⑆5000 160 23⑈  1820002173 2074⑉

| | Opening/Closing Date: | 12/19/08 - 01/03/09 | CUSTOMER SERVICE | |
|---|---|---|---|---|
| | Payment Due Date: | 02/03/09 | In U.S. | 1-800-477-6761 |
| | Minimum Payment Due: | $74.00 | Español | 1-800-477-6761 |
| | | | TDD | 1-800-955-8060 |
| | | | Pay by phone 1-800-477-6761 | |
| | | | Outside U.S. call collect | |
| | | | | 1-773-792-4260 |

**ACCOUNT SUMMARY**     Account Number 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,550.35 | Total Credit Line | $3,000 |
| Payment, Credits | -$73.00 | Available Credit | $473 |
| Finance Charges | +$48.76 | | |
| New Balance | $2,526.11 | | |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94012
Palatine, IL 60094-4012

VISIT US AT:
www.chase.com/circuitcity

**CIRCUIT CITY REWARDS SUMMARY**

| | |
|---|---|
| Previous points balance | 2,358 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,358 |
| 731 to expire on statement date in MARCH 2009 | |

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City. For every 500 points you earn, you'll receive a
$5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your
point balance and redeem for Rewards Certificates.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 01/01 | 10010010300000474352874 | Payment Thank You Electronic Chk | $73.00 | |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .06162% | 22.49% | $2,552.91 | $48.76 | $0.00 | $0.00 | $48.76 |
| Total finance charges | | | | | | | $48.76 |

Effective Annual Percentage Rate (APR):   22.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Your Circuit City Rewards card, 'its not just a one-hit
wonder. Continue to use it and get more no-interest
offers on your next purchase.

**This Statement is a Facsimile - Not an original**

Midland_Hamilton 000099

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ______ ____

Home Phone: ____ ____ ______

Work Phone: ____ ____ ______

E-mail Address: ______________________

Information About Your Account

Lost or Stolen Cards: Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

Crediting of Payments: For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

Account Information Reported to Credit Bureaus: We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

Conditional Payments: Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

Annual Renewal Notice: If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

Explanation of Finance Charges: We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

Grace Period (at least 20 days): We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

Special Rule for Credit Card Purchases: If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA030708

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 03/06/09 | $2,489.02 | $0.00 | $72.00 |

**CHASE** ◯

Account number [ ] 3207

$ [ ]

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000072000024B902000003

29078 SZXZ 04008 D
THERA D HAMILTON
NEW ORLEANS LA

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑃5000160280⑃ 138000217320740

city

Statement Date:
01/10/09 - 02/06/09

Minimum Payment: $72.00
Payment Due: 03/06/09

Manage your account online!
www.chase.com/circulrity

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY                Account Number [ ] 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,526.11 | Total Credit Line | $3,000 |
| Payment, Credits | -$85.00 | Available Credit | $510 |
| Finance Charges | +$47.91 | | |
| New Balance | $2,489.02 | | |

## CIRCUIT CITY REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 2,358 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 2,358 |
| 731 to expire on statement date in MARCH 2009 | |

Redeem your rewards points today and use your Rewards Certificates towards your next purchase at Circuit City. For every 500 points you earn, you'll receive a $5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your point balance and redeem for Rewards Certificates.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/26 | Payment Thank You Electronic Chk | -85.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .06162% | 22.49% | $2,508.28 | $47.91 | $0.00 | $0.00 | $47.91 |
| Total finance charges | | | | | | | $47.91 |

Effective Annual Percentage Rate (APR):     22.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.
The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

0009201 FISS5337 D 11        000  N Z 09  B96209        Page 1 of 1        00439  MA MA 29078    040150431900290/001
X 0085

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

| To contact us regarding your account: | | | |
|---|---|---|---|
| **By Telephone** | ? | ✉ | 🖥 |
| In U.S. 1-800-472-8761 | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
| Español 1-800-472-8761 | P.O. Box 15298 | P.O. Box 94012 | www.chase.com/creditcity |
| TDD 1-800-955-8060 | Wilmington, DE 19850-5298 | Palatine, IL 60094-4012 | |
| Pay by phone 1-800-472-8761 | | | |
| Outside U.S. call collect 1-770-792-4620 | | | |

**Information About Your Account**

[body text too faded/small to reliably transcribe]

**BILLING RIGHTS SUMMARY**

[body text too faded/small to reliably transcribe]

Midland_Hamilton 000102



| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/03/09 | $2,567.41 | $72.00 | $176.00 |

Account number: ████████ 3207

**CHASE ◆**

$ _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

1820000002173207000176000025674100000008

41546 BKXZ 0309 D
THERESA D HAMILTON
████████ LA 70115-8457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL  60094-4012

⑈5000160028⑈ ⑆38000217320 74⑈

Statement Date:
02/10/09 - 03/09/09

Minimum Payment: $176.00
Payment Due Date: 04/03/09

Manage your account online:
www.chase.com/cardmembers

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: ████ 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,489.02 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $432 |
| Finance Charges | +$43.39 | | |
| New Balance | $2,567.41 | | |

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/06 | LATE FEE | 35.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .06162% | 22.49% | $2,514.84 | $43.39 | $0.00 | $0.00 | $43.39 |
| Total finance charges | | | | | | | $43.39 |

Effective Annual Percentage Rate (APR):      22.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X

000001  RB33337 D 11          000   N  Z  09  080309        Page 1 of 1        0543  MA MA  41549    00818042110004154001

Midland_Hamilton 000103

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ____________________

City: ____________________

State: ____

Zip: ________ ______

Home Phone: ______ ______ ______

Work Phone: ______ ______ ______

E-mail Address: ____________________

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-477-6761<br>Español 1-800-477-6761<br>TDD 1-800-955-8060<br>Pay by phone 1-800-477-6761<br>Outside U.S. call collect 1-770-792-4620 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94012<br>Palatine, IL 60094-4012 | www.chase.com/circuitcity |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111405

| Payment Due Date | New Balance | Past Due Account | Minimum Payment |
|---|---|---|---|
| 05/04/09 | $2,682.06 | $176.00 | $287.00 |

**CHASE ○**

Account number ████████ 3207

$ _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1 8 2 0 0 0 0 0 2 1 7 3 2 0 7 0 0 0 2 8 7 0 0 0 0 2 6 5 2 0 6 0 0 0 0 0 0 9

49000 0BX Z 60060 D
THEO D HAMILTON
NEW ORLEANS LA 70115-6457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL  60094-4012

⑆5000 180 28⑆  1 38000 2 173 20 74⑆

**Statement Date:**
03/10/09 - 04/09/09

Minimum Payment: $287.00
Payment Due Date: 05/04/09

Manage your account online
www.chase.com/idealcity

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY     Account Number ████████ 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,597.41 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $347 |
| Finance Charges | +$49.65 | | |
| New Balance | $2,682.06 | | |

Your credit card account is past due.  Please send payment immediately.  Call 1-866-669-5812 (collect 1-302-594-8200) today.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/03 | LATE FEE | $35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .06152% | 22.49% | $2,689.19 | $49.65 | $0.00 | $0.00 | $49.65 |
| Total finance charges | | | | | | | $49.65 |

**Effective Annual Percentage Rate (APR):**   22.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

This Statement is a Facsimile - Not an original

X

Midland_Hamilton 000105

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

| To contact us regarding your account: | | | |
|---|---|---|---|
| **By Telephone:** | | | |
| In U.S. | 1-800-477-6781 | | |
| Español | 1-800-477-6781 | | |
| TDD | 1-800-955-8060 | **?** | ✉ | ✓☐ |
| Pay by phone | 1-800-477-6761 | Send inquiries to: | Mail Payments to: | Visit Our Website |
| Outside U.S. | call collect | P.O. Box 15298 | P.O. Box 94012 | www.chase.com/disclosly |
| 1-770-763-4620 | | Wilmington, DE 19850-5298 | Palatine, IL 60094-4012 | |

**Information About Your Account**

*(Fine print illegible — two columns of small disclosure text including "Crediting of Payments", "Notice About Electronic Check Conversion", "Additional Payments", "Annual Renewal Notice", "Explanation of Finance Charges", "Grace Period", "BILLING RIGHTS SUMMARY", "In Case of Errors or Questions About Your Bill", and related consumer-credit disclosures.)*

Midland_Hamilton 000106

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/03/09 | $2,334.51 | $0.00 | $74.00 |

**CHASE**

Account number [████] 3207

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

$ _____

16200000217320700007400002334510000007

71146 BEKZ 12697 D
7116 BAD 11 HAMILTON
NEW ORLEANS LA 70115-6457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑆5000160261⑆ 138000217320714⑈

Statement Date:
04/10/09 – 05/09/09

Minimum Payment: $74.00
Payment Due Date: 06/03/09

☐ Manage your account online:
www.chase.com/circitcity

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

Account Number [████] 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,652.06 | Total Credit Line | $3,000 |
| Payment, Credits | -$368.75 | Available Credit | $665 |
| Finance Charges | +$51.30 | | |
| New Balance | $2,334.51 | | |

The new APR and promotional rate expiration reflected on this statement is a result of a late payment on your account. For your convenience, you can always pay online by accessing our website displayed on your account on this statement.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/11 | Payment – Thank You | -368.75 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,320.43 | $51.30 | $0.00 | $0.00 | $51.30 |
| Total finance charges | | | | | | | $51.30 |

Effective Annual Percentage Rate (APR): 26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges – including transaction fees such as cash advance and balance transfer fees – expressed as a percentage.

### IMPORTANT NEWS

Your Circuit City account will be changing to a
Best Buy account and you will also see changes
to your statement. Please continue to make at least
the minimum monthly payment on your account.
We appreciate your business!

**This Statement is a Facsimile - Not an original**

X

**Midland_Hamilton 000107**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ______ ______

Home Phone: ____ ____ ______

Work Phone: ____ ____ ______

E-mail Address: ______________________

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-477-6761<br>Español 1-800-477-6761<br>TDD 1-800-955-8060<br>Pay by phone 1-800-477-6761<br>Outside U.S. call collect 1-770-792-4620 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94012<br>Palatine, IL 60094-4012 | www.chase.com/circuitcity |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111404

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 07/04/09 | $2,423.72 | $74.00 | $187.00 |

**CHASE ◯**

Account ▓▓▓▓▓ 3207

$ _____ . _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000187000024237200000001

42844 025CZ 10006 D
THERA D HAMILTON
NEW ORLEANS LA 70115-6457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑅5000 160 28⑅ ⑈3800 2 173 2074⑈

**BEST BUY**

Statement Date:
05/10/09 - 06/08/09

Minimum Payment: $187.00
Payment Due Date: 07/04/09

Manage your account online:
www.chase.com/bestbuy

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | Account Number | ▓▓▓▓ 3207 |
|---|---|---|---|
| Previous Balance | $2,384.61 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $576 |
| Finance Charges | +$54.11 | | |
| New Balance | $2,423.72 | | |

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/03 | LATE FEE | $35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,363.62 | $54.11 | $0.00 | $0.00 | $54.11 |
| Total finance charges | | | | | | | $54.11 |

**Effective Annual Percentage Rate (APR):**     26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Welcome to your new Best Buy account, which replaces
your Circuit City account. Please continue to make at
least the minimum monthly payment on your account.
We appreciate your business.

**This Statement is a Facsimile - Not an original**

X

**Midland_Hamilton 000109**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ______ ______

Home Phone: ____ ____ ____

Work Phone: ____ ____ ____

E-mail Address: ______________________

## To contact us regarding your account:

| By Telephone: | | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. | 1-800-477-8781 | P.O. Box 15298 | P.O. Box 94012 | www.chase.com/bestbuy |
| Español | 1-800-600-0548 | Wilmington, DE 19850-5298 | Palatine, IL 60094-4012 | |
| TDD | 1-800-955-8060 | | | |
| Pay by phone | 1-800-436-7958 | | | |
| Outside U.S. call collect | 1-480-350-7099 | | | |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 08/03/09 | $2,513.01 | $187.00 | $301.00 |

**CHASE** ◆

Account number [REDACTED] 3207

$ [                    ] . [    ]

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000301000251301000001

41045 EDIZ 100XD
THERA D HAMILTON
[REDACTED] LA 70115-6457

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

Illadlmullililliliillilulililil

⑆5000160286⑆ 138000217320 74⑈

Statement Date:
06/10/09 - 07/09/09

Minimum Payment: $301.00
Payment Due Date: 08/03/09

Manage your account online!
www.chase.com/besthuy

Additional contact information
conveniently located on reverse side

**BEST BUY**

### ACCOUNT SUMMARY       Account Number [REDACTED] 3207

| | | | |
|---|---|---|---|
| Previous Balance | $2,423.72 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $486 |
| Finance Charges | +$54.29 | | |
| New Balance | $2,513.01 | | |

Your credit card account is past due. Please send payment immediately. Call 1-866-569-6612 (collect 1-302-594-8200) today.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 07/05 | LATE FEE | 35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,455.64 | $54.29 | $0.00 | $0.00 | $54.29 |
| Total finance charges | | | | | | | $54.29 |

Effective Annual Percentage Rate (APR): 26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Welcome to your new Best Buy account, which replaces
your Circuit City account. Please continue to make at
least the minimum monthly payment on your account.
We appreciate your business.

**This Statement is a Facsimile - Not an original**

0001001 FISXX3370 11       003  N  Z  09  09/07/09       Page 1 of 1       06592  MA3A 41055       1601040415000410952I
X PLP10052

Midland_Hamilton 000111

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

| To contact us regarding your account: | | | |
|---|---|---|---|
| **By Telephone:**<br>In U.S. 1-800-872-5761<br>Espanol 1-800-800-0348<br>TDD 1-800-695-9090<br>Pay by phone 1-800-436-7960<br>Outside U.S. call collect<br>1-480-350-7964 | **Send inquiries to:**<br>P.O. Box 16298<br>Wilmington, DE 19850-6298 | **Mail Payments to:**<br>P.O. Box 94012<br>Palatine, IL 60094-4012 | **Visit Our Website:**<br>www.chase.com/creditcard |

*[The remaining two columns of dense fine print ("Information About Your Account" / "Billing Rights Summary") are illegible at this resolution.]*

Midland_Hamilton 000112

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 09/03/09 | $2,606.25 | $391.00 | $420.00 |

**CHASE**

Account number: ☐☐☐ 3207

$ _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

162000000217320700042000026062500000000

3405XXX Z 22910
THERA D HAMILTON
NEW ORLEANS LA 70☐☐☐

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑉⠠5000 160 20⠠⠠ 1⠠80000 2 173 20 74⠠⠠

**BEST BUY**

Statement Date:
07/10/09 - 08/08/09

Minimum Payment: $420.00
Payment Due Date: 09/03/09

Manage your account online

www.chase.com/bestbuy

Additional contact information
conveniently located on reverse side

| ACCOUNT SUMMARY | | Account Number: | ☐☐☐ 3207 | |
|---|---|---|---|---|
| Previous Balance | $2,613.01 | Total Credit Line | $3,000 | |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $393 | |
| Finance Charges | +$58.24 | | | |
| New Balance | $2,606.25 | | | |

The charge privileges on your credit card account have been revoked. You no longer have the ability to use your credit card account for purchases. We can help you get back on track. Call 1-800-589-8812 (collect 1-302-594-8200) today.

**ACCOUNT ACTIVITY**

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 08/03 | LATE FEE | 35.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07970% | 29.90% | $2,549.91 | $58.24 | $0.00 | $0.00 | $58.24 |
| Total finance charges | | | | | | | $58.24 |

Effective Annual Percentage Rate (APR):   29.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X   000601  RS28337 D 11                     000  N  Z  09  08/08/09        Page 1 of 1        95342    SM MA 34855   22910R431000340E001

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

---

**To contact us regarding your account:**

| | | |
|---|---|---|
| **By Telephone:** In U.S. 1-863-477-9761 Español 1-803-500-0346 TDD 1-803-933-8090 Pay by phone 1-800-436-7958 Outside U.S. call collect 1-863-353-7958 | **Send inquiries to:** P.O. Box 15298 Wilmington, DE 19850-5298 | **Mail Payments to:** P.O. Box 94012 Palatine, IL 60094-4012 **Visit Our Website:** www.chase.com/banking |

---

**Information About Your Account**

*(body text illegible due to image quality)*

**BILLING RIGHTS SUMMARY**

*(body text illegible due to image quality)*

Midland_Hamilton 000114

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 10/04/09 | $2,701.64 | $420.00 | $542.00 |

**CHASE**

Account number: 3207

$ _____ - _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000542000027016400000000000006

39004 MGKZ 08599 D
THEKA D HAMILTON
NEW ORLEANS LA

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL  60094-4012

⑆5000180280⑆  ⑈380002173207⑈

Statement Date:
08/12/09 - 08/08/09

Minimum Payment:     $542.00
Payment Due Date:    10/04/09

Manage your account online:
www.chase.com/bestbuy

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | Account Number: | 3207 |
|---|---|---|---|
| Previous Balance | $2,606.25 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $298 |
| Finance Charges | +$60.39 | | |
| New Balance | $2,701.64 | | |

You haven't made the required payments and your credit card account is 90 days past due.  As a result, your credit bureau may be updated with a negative rating. Please send your payment immediately or call us at 1-866-599-6812 (collect 1-302-594-8200) today.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 08/03 | LATE FEE | 35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,643.19 | $60.39 | $0.00 | $0.00 | $60.39 |

Total finance charges                                                                                          $60.39

Effective Annual Percentage Rate (APR):      26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

Midland_Hamilton 000115

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ________ ________

Home Phone: ______ ______ ______

Work Phone: ______ ______ ______

E-mail Address: ______________________

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-477-8761<br>Español 1-800-500-0346<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7959<br>Outside U.S. call collect 1-480-350-7099 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94012<br>Palatine, IL 60094-4012 | www.chase.com/bestbuy |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111406

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 11/03/09 | $2,762.02 | $542.00 | $630.00 |

**CHASE** ◆

Account number [ ]3207

$ [ ] .

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

182000000217320700006300000276202000000000009

[SEND REMITTANCE TO]
THERA D HAMILTON
[ ]
NEW ORLEANS LA [ ]

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑆5000160 28⑆  ⑈38000 2 173 2074⑈

**BEST BUY**

Statement Date:
09/10/09 - 10/09/09

Manage your account online:
www.chase.com/bestbuy

Minimum Payment:    $630.00
Payment Due Date:    11/03/09

Additional contact information
conveniently located on reverse side

**ACCOUNT SUMMARY**          Account Number: [ ]3207

| | | |
|---|---|---|
| Previous Balance | $2,701.84 | Total Credit Line | $3,000 |
| Finance Charges | +$60.38 | Available Credit | $237 |
| New Balance | $2,762.02 | | |

It's not too late to resolve the outstanding balance on your credit card account. We have a variety of payment options that may be
right for you. Call 1-866-290-0056 (collect 1-302-594-8200) today.

**FINANCE CHARGES**

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,730.70 | $60.38 | $0.00 | $0.00 | $60.38 |
| Total finance charges | | | | | | | $60.38 |

Effective Annual Percentage Rate (APR):    26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

0001001 F6333337 D 11          009  N  X  09  09/16/09          Page 1 of 1          05592  MA.BA 2BPB      2321094010002291001

X

Midland_Hamilton 000117

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ______ _____

Home Phone: ____ ____ ____

Work Phone: ____ ____ ____

E-mail Address: ______________________

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-477-6761<br>Español 1-800-500-0349<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7959<br>Outside U.S. call collect 1-480-350-7898 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94012<br>Palatine, IL 60094-4012 | www.chase.com/bestbuy |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111404

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 12/04/09 | $2,861.01 | $830.00 | $767.00 |

**CHASE** ◆

Account number: ████████ 3287

$ _____ . _____

Make your check payable to:
Cardmember Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

1820000002173207000757000028610310000000000000000

TERRA D HAMILTON
NEW ORLEANS LA ████

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL  60094-4012

⑇5000160281⑇ ⑈3800021732074⑇

### Statement Date:
### 10/10/09 – 11/09/09

Minimum Payment: $767.00
Payment Due Date: 12/04/09

Manage your account online:
www.chase.com/bestbuy

Additional contact information
conveniently located on reverse side

| ACCOUNT SUMMARY | Account Number: ████████ 3287 |
|---|---|
| Previous Balance | $2,762.02 |
| Purchases, Cash, Debits | +$35.00 |
| Finance Charges | +$63.99 |
| New Balance | $2,861.01 |

| Total Credit Line | $3,000 |
|---|---|
| Available Credit | $138 |

You haven't made the required payments and your credit card account is 150 days past due. You can still turn things around.  Call us today at 1-866-890-0058 (collect 1-302-594-8200) so that we can find a solution for your situation.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/03 | LATE FEE | 35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,800.69 | $63.99 | $0.00 | $0.00 | $63.99 |
| Total finance charges | | | | | | | $63.99 |

Effective Annual Percentage Rate (APR):     26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

- The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
- The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X _____

009001  FSS3227 D 11        009   N   Z  09   09/11/09        Page 1 of 1        60692   MA NA  22819   313100421920000001001

Midland_Hamilton 000119

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____

Zip: ______ _____

Home Phone: _____ _____ ______

Work Phone: _____ _____ ______

E-mail Address: ______________________

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-477-8761<br>Español 1-800-500-0348<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-480-350-7898 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94012<br>Palatine, IL 60094-4012 | www.chase.com/bestbuy |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA11140A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 01/03/10 | $2,980.10 | $757.00 | $885.60 |

**Account number:** ⬛⬛7 3207

**CHASE ◉**

$ _____ . _____

Make your check payable for
Cardmember Services.
Please write amount enclosed.
New address or e-mail? Print on back.

1820000002173207000088500000296010000000000000008

4575 BOLX 3490 D
TIERRA D HAMILTON
2 S BONAT ST
NEW ORLEANS LA 7⬛⬛

CARDMEMBER SERVICE
PO BOX 94012
PALATINE IL 60094-4012

⑆5000160281⑆ 138000217320749⑈

**BEST BUY**

Statement Date:
11/10/09 - 12/09/09

Manage your account online:
www.chase.com/bestbuy

Minimum Payment:     $885.60
Payment Due Date:    01/03/10

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | Account Number | ⬛⬛7 3207 |
|---|---|---|---|
| Previous Balance | $2,381.01 | Total Credit Line | $3,000 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $39 |
| Finance Charges | +$64.09 | | |
| New Balance | $2,980.10 | | |

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly. As a result, your credit bureau will be updated with a negative rating that could last for up to seven years. We can still help, but you need to call us now at 1-866-390-0052 (collect 1-302-894-8500).

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/04 | LATE FEE | 35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $2,698.80 | $64.09 | $0.00 | $0.00 | $84.09 |
| Total finance charges | | | | | | | $64.09 |

Effective Annual Percentage Rate (APR):     26.90%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges – including transaction fees such as cash advance and balance transfer fees – expressed as a percentage.

**This Statement is a Facsimile – Not an original**

0001001  FBS33337 D 11        009  N  Z  09  09/12/09        Page 1 of 1        00062  3IA MA 49878   3431004010004007001

X

Midland_Hamilton 000121

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

---

**To contact us regarding your account:**

| By Telephone: | | Send inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. | 1-800-677-6701 | | | |
| Español | 1-800-500-2346 | P.O. Box 15298 | P.O. Box 94012 | www.chase.com/cardsvr |
| TDD | 1-800-955-8060 | Wilmington, DE 19850-5298 | Palatine, IL 60094-4012 | |
| Pay by phone | 1-800-436-7958 | | | |
| Outside U.S. call collect | 1-302-594-8200 | | | |
| | 1-800-350-7083 | | | |

---

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon and there can be no coupons, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and it made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us to either (a) make a one-time electronic fund transfer from your account or (b) process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15048, Wilmington, DE 19850-5048. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year at approximately that date, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay any outstanding balance in full. Your approval of the annual fee does not affect our rights to close your account and to demand payment on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfers/advance checks and cash advance checks ("check transactions"), purchases, balance transfers, cash advances, overdraft advances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "v" next to a periodic rate on this statement, that rate may vary, and the rate and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charge, and a transaction finance charge for each balance transfer, cash advance or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to a feature, we multiply the daily balance for that feature (including new transactions) by the applicable daily periodic rate to get your periodic finance charge for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in its applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charge for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charge for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 23 days):** We assess periodic finance charge on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15298 Wilmington, DE 19850-5298 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number.
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you this advertisement for the property or services.