# EXHIBIT 4

MIDLAND FUNDING LLC,

   Plaintiff

-vs-                                    AFFIDAVIT OF TANYA JOHNSON

THERA HAMILTON,

   Defendant(s).

---

Tanya Johnson, whose business address is ███████████, St. Cloud, MN ███, certifies and says:

1. I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's CHASE BANK USA, N.A. account XXXXXXXXXXXX3207 (MCM Number ███9257) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this affidavit on plaintiff's behalf.

2. I am familiar with and trained on the manner and method by which MCM creates and maintains its business records pertaining to this account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event. The relevant financial information concerning the account includes the following:

3. MCM's records show that the defendant(s) owed a balance of $2960.10 as of 2014-04-11.

4. If called to testify as a witness thereon, I could and would competently testify as to all the facts stated herein.

---

AFFIDAVIT OF TANYA JOHNSON - 1


███9257


AFFRECORD


215400

Midland_Hamilton 000075

I certify under penalty of perjury that the foregoing statements are true and correct.

MAY 12 2014
Date

Tanya Johnson

STATE OF MINNESOTA

COUNTY OF STEARNS

Signed and sworn to (or affirmed) before me on MAY 12 2014 by Tanya Johnson.



Notary Public

My commission expires: _____

AL4
Holloway & Moxley, LLP

AFFIDAVIT OF TANYA JOHNSON - 2



AFFRECORD

215400

Midland_Hamilton 000076