FILED
2016 Sep-09 PM 05:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THERA HAMILTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:14-cv-02008-AKK |
| **MIDLAND FUNDING, LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

### HAMILTON'S EVIDENTIARY SUBMISSION IN SUPPORT OF HAMILTON'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the Plaintiff, Thera Hamilton ("Hamilton") and files the following exhibits in support of her Response in Opposition to Defendants' Motion for Summary Judgment:

Exhibit A:   Midland's Initial Disclosures and Supplemental Initial Disclosures

Exhibit B:   Midland's Responses to Interrogatories

Exhibit C:   Midland's Responses to Request for Documents

Exhibit D:   Chase Bill of Sale

Exhibit E:   List of Lawsuits Filed against Midland

Exhibit F:   Midland Funding, LLC v. Thera Hamilton - Complaint

Exhibit G:   Midland Funding, LLC v. Thera Hamilton - Answer

Exhibit H:   Midland Funding, LLC v. Thera Hamilton - Order

Exhibit I:   FILED UNDER SEAL

Exhibit J:   Plaintiff's Responses to Midland's Discovery

/s/ John G. Watts
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 9th day of September, 2016.

Jason B. Tompkins
Thomas R. DeBray, Jr.
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

I also herby certify that I filed under seal a non-redacted version of the foregoing with the Clerk of the Court and that service of the same will be perfected upon the following via hand-delivery, this the 9th day of September, 2016:

Jason B. Tompkins
Thomas R. DeBray, Jr.
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

                                                  /s/ John G. Watts
                                                  OF COUNSEL