FILED
2017 Jan-30 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THERA HAMILTON,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action Number<br>) **2:14-cv-02008-AKK** |
| **MIDLAND FUNDING LLC, et al.,** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Consistent with the memorandum opinion, doc. 53, the defendants' motion for summary judgment, doc. 35, is **GRANTED**. The Motion to Strike Doc. 45-5, doc. 50, is **MOOT**. This case is **DISMISSED WITH PREJUDICE**. Costs taxed against the plaintiff.

**DONE** the 30th day of January, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE